**UNITED STATES of America,**

v.

**John Randolph HOPKINS.**

No. 6625.

United States Court of Appeals
Tenth Circuit.

Feb. 13, 1961.

James A. Borland, U. S. Atty., and J. C. Ryan, Asst. U. S. Atty., Albuquerque, N. M., for appellant.

Garland & Martin, Las Cruces, N. M., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.